UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JUN 1 3 2018

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | CRIMINAL NUMBER |
| v. | | |
| ADRIAN BRYANT | | C - 18 - 560 |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Between on or about February 16, 2018, and on or about June 13, 2018, in the Corpus

Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the

defendant,

ADRIAN BRYANT,

a person required to register under the Sex Offender Registration and Notification Act, traveled in

interstate and foreign commerce and did knowingly fail to register and update a registration as

required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By:  _Amanda L. Gould_

AMANDA L. GOULD
Assistant United States Attorney