United States Courts
Southern Dis

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

JUL 1 6 2018

......... Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER C-18-560 |
| | § | |
| ADRIAN BRYANT | § | |

FACTUAL STATEMENT IN SUPPORT OF PLEA AGREEMENT

The United States of America, by and through Ryan K. Patrick, United States Attorney for the Southern District of Texas, and Amanda L. Gould, Assistant United States Attorney, and the defendant ADRIAN BRYANT, and the defendant's counsel, hereby stipulate as follows:

I.

If this case proceeded to trial, the United States of America would prove each element of the offense beyond a reasonable doubt. The following facts, among others, would be offered to establish the Defendant's guilt:

II.

The Defendant was convicted on March 2, 2017, of Sexual Assault in the 4th Degree in violation of A.C.A. § 5-14-127, in the Sixth Judicial Court, Pulaski County, Arkansas, case number 2015-2850. Included in the Defendant's sentencing Order was a special condition that required him to register as a sex offender and to complete the Sex Offender Registration form.

The Defendant registered as a sex offender on January 3, 2018, with the North Little Rock Police Department, and signed a form in which he acknowledged that he understood that if he moved to another state he must register in that state no later than 3 business days after he

7

establishes residency or employment in the new state. The form also stated that he would face up to 10 years of imprisonment pursuant to 18 U.S.C. § 2250 if he failed to report a change in residence, employment, or student status if he traveled or moved across state lines.

On May 15, 2018, Deputy United States Marshal Richards learned from an informant that the informant had picked the Defendant up from the Greyhound Bus Station on February 16, 2018, understanding that he had come from Arkansas and needed a place to stay. The informant also revealed that the Defendant was working at a Jack in the Box in Corpus Christi, and was staying at a dormitory on the Texas A & M University of Corpus Christi, Texas, with an unknown female student.

Further investigation revealed that the Defendant had not registered as a sex offender with local or state authorities in Texas ~~or Arkansas~~. The Defendant was arrested by United States Marshals on June 13, 2018.

### III.

Therefore, as part of this factual basis, defendant ADRIAN BRYANT, admits and confesses that between on or about February 16, 2018, and June 13, 2018, he knowingly and intentionally failed to register as a sex offender in violation of 18 U.S.C. § 2250(a).


_____          _____
ADRIAN BRYANT                                            Date
Defendant

8

APPROVED:

RYAN K. PATRICK
UNITED STATES ATTORNEY

By:

AMANDA L. GOULD
Assistant United States Attorney
Southern District of Texas

7/16/18

RAQUEL MUNOZ
Attorney for Defendant

9